# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

146109

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 146109
                                  COA: 310346
BRIAN JEFFERY SANDBERG,          Gd Traverse CC: 11-011321-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 17, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013                            _____

p0122                                             Clerk